IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN BRILEY                                                                    PETITIONER

VERSUS                                                   CAUSE NO. 1:12-CV-403-LG-JMR

STATE OF MISSISSIPPI, et al.                                                  RESPONDENTS

## FINAL JUDGMENT

Before the Court, *sua sponte*, is the consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b).

**SO ORDERED AND ADJUDGED** this the 24th day of July, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE